IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. _____ |
| v. | ) |
| | ) |
| GPNE CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF TIME WARNER CABLE INC.'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Time Warner Cable Inc. advises the Court that it is a Delaware corporation owned by Adelphia Communications Corporation and, through indirect subsidiaries, by Time Warner Inc. Time Warner Inc. and Adelphia Communications Corporation are publicly held companies.

/s/

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Jameson A.L. Tweedie (#4927)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
tweedie@rlf.com
Attorneys for Plaintiff Time Warner Cable Inc.

OF COUNSEL:
David S. Benyacar
Daniel L. Reisner
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Dated: February 2, 2007