# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIME WARNER CABLE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | C. A. No. 1:07-cv-067 *** |
| GPNE CORP. | § | Jury Trial Demanded |
| | § | |
| Defendant. | § | |

## GPNE CORPORATION'S MOTION TO DISMISS, STAY OR TRANSFER

Defendant GPNE Corp. hereby submits this Motion to Dismiss, Stay or Transfer to the Eastern District of Texas, Marshall Division, showing this Honorable Court as follows:

(1)  A case involving infringement of the same U.S. patent and the same services and products is already on file in the Eastern District of Texas.

(2)  The Complaint in the Eastern District of Texas has been amended concurrently herewith to include Time Warner Cable, Inc.

(3)  To transfer this case to the Eastern District of Texas and consolidate it with the case already on file would save judicial resources.

(4)  To transfer this case to the Eastern District of Texas and consolidate it with the case already on file would eliminate the possibility of inconsistent or conflicting rulings.

Wherefore, for reasons more fully set forth in Defendant's Brief in Support of this Motion, Defendant asks that its Motion for Dismiss, Stay or Transfer be granted.

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
T: (302) 888-6800
rherrmann@morrisjames.com

ATTORNEYS FOR GPNE CORP.

OF COUNSEL:
Edward W. Goldstein
Corby R. Vowell
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas  77027
(713) 877-1515 – Telephone
(713) 877-1737    Facsimile


Dated:  February 26, 2007