IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-67-*** |
| : | |
| GPNE CORP., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **12th** day of **March, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, March 16, 2007 at 1:30 p.m. Eastern Time** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call.** The purpose of the teleconference is to discuss whether the parties will consent to Magistrate Judge jurisdiction, the scheduling order and mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE