IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GPNE CORP., ) <br> ) <br> Defendant. ) <br> ) | C. A. No. 1:07-cv-067-*** <br> Jury Trial Demanded |

**DECLARATION OF ANDREW T. BLOCK IN OPPOSITION TO MOTION
TO DISMISS, STAY OR TRANSFER**

I, Andrew T. Block, hereby declare and state as follows:

1. Unless otherwise stated, I have personal knowledge of the facts stated herein and if called to testify, I could and would be able to testify to the statements made herein.

2. I am Vice President and Chief Counsel, IP, of Time Warner Cable Inc. ("TWC"). I have personal knowledge of the corporate structure and operations of TWC. I have been an attorney with TWC since September 2001.

3. TWC is a Delaware corporation having its corporate headquarters at 290 Harbor Drive, Stamford, Connecticut. TWC also has significant corporate operations in Charlotte, North Carolina; Herndon, Virginia; and Westminster, Colorado. TWC has a corporate marketing function located in Stamford, and its corporate finance function is located in both Stamford and Charlotte. TWC has approximately 45,000 of its own employees. Substantially all of the personnel and documents relating to each of those corporate functions are located in the respective locations where the function is located.

1

4. TWC is a separate and distinct corporate entity from Time Warner Inc. ("TWI") and is not a wholly-owned subsidiary of TWI. TWC and TWI are separately traded companies on the New York Stock Exchange. TWI is a shareholder in TWC.

5. None of the senior executive officers of TWC responsible for the management of TWC's business operation are officers or directors of TWI. None of the directors of TWC are directors of TWI.

I declare under penalty of perjury that to the best of my knowledge, information and belief, the foregoing statements are true and correct.

Executed this 15th day of March 2007 in Stamford, Connecticut.

Andrew T. Block

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Morris James, LLP
500 Delaware Avenue, suite 1500
Wilmington, DE  19801-1494

I hereby certify that on March 15, 2007, I have sent by Federal Express, the foregoing document to the following non-registered participants:

Edward W. Goldstein
Corby R. Vowell
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas  77027

_____
Jameson Tweedie (#4927)
tweedie@rlf.com