IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-67-*** |
| | : |
| GPNE CORP., | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **19th** day of **March, 2007,**

IT IS ORDERED that the mediation conference scheduled for October 10, 2007 at 10:00 a.m. shall begin at **9:30 a.m. Dress for the mediation is casual.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE