IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GPNE CORP., ) <br> ) <br> Defendants. ) | Civil Action No. 07-67-*** <br><br> Jury Trial Demanded |

**STIPULATION TO CONSENT TO EXERCISE OF
JURISDICTION BY THE UNITED STATES MAGISTRATE JUDGE**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that in accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73, the parties in this case consent to having a United States Magistrate Judge, specifically Magistrate Judge Mary Pat Thynge, conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings. The parties understand that appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Courts of Appeals in the same manner as an appeal from any other judgment in this District Court.

/s/ Mary B. Matterer
Richard K. Herrmann (#405)
rherrmann@morrisjames.com
Mary B. Matterer (#2696)
mmatterer@morrisjames.com
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Attorneys for GPNE Corp.

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
Attorneys for Time Warner Cable, Inc.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge