IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIME WARNER CABLE INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | C. A. No. 1:07-cv-067 MPT |
| GPNE CORP., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which the parties shall file their proposed Protective Order is extended to and including April 16, 2007.

| | |
|---|---|
| ___/s/ Jameson A. L. Tweedie___ | ___/s/ Mary B. Matterer___ |
| Frederick L. Cottrell, III #2555 | Richard K. Herrmann #405 |
| Jeffrey L. Moyer, #3309 | Mary B. Matterer #2696 |
| Jameson A. L. Tweedie #4927 | MORRIS JAMES LLP |
| RICHARDS, LAYTON & FINGER PA | 500 Delaware Avenue, Suite 1500 |
| One Rodney Square | Wilmington, DE 19801-1494 |
| 920 North King Street | T: (302) 888-6800 |
| Wilmington, DE 19801 | rherrmann@morrisjames.com |
| (302) 651-7700 | mmatterer@morrisjames.com |
| cottrell@rlf.com | |
| moyer@rlf.com | *Attorneys for Defendant* |
| tweedie@rlf.com | *GPNE Corp.* |
| | |
| *Attorneys for Plaintiff* | |
| *Time Warner Cable Inc.* | |

**SO ORDERED** this ____ day of _____, 2007.

_____
Mary Pat Thynge, MJ