IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIME WARNER CABLE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | C. A. No. 1:07-cv-067-*** |
| GPNE CORP. | § | Jury Trial Demanded |
| | § | |
| Defendant. | § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 12th day of April, 2007, copies of the following document, **DEFENDANT GPNE CORP.'S INITIAL DISCLOSURES,** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Jeffrey L. Moyer
Jameson A. L. Tweedie
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801
302.651.7700
cottrell@rlf.com
moyer@rlf.com
tweedie@rlf.com

**VIA EMAIL AND FEDEX**
David S. Benyacar
Daniel L. Reisner
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3598
212.836.8000
dbenyacar@kayescholer.com
dreisner@kayescholer.com

Dated: April 12, 2007

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
T: (302) 888-6800
mmatterer@morrisjames.com

ATTORNEYS FOR GPNE CORP.