IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TIME WARNER CABLE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GPNE CORP., ) <br> ) <br> Defendant. ) | Case No. 07-67-MPT |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 12th day of April, 2007, true and correct copies of Plaintiffs' Rule 26(a) Initial Disclosures were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James, LLP
500 Delaware Avenue, suite 1500
Wilmington, DE 19801-1494

Of Counsel:

David S. Benyacar, Esquire
DBenyacar@kayescholar.com
Joel Katcoff, Esquire
jkatcoff@kayscholar.com
Daniel L. Reisner, Esquire
dreisne@kayescholar.com
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

**VIA FEDERAL EXPRESS**
Edward W. Goldstein, Esquire
Corby R. Vowell, Esquire
Califf T. Cooper, Esquire
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027

/s/ _____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Jameson A.L. Tweedie (#4927)
Tweedie@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Time Warner Cable, Inc.

RLF1-3138427-1