IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE, INC., | : |
| Plaintiff, | : : : |
| v. | : Civil Action No. 07-67-MPT |
| GPNE CORP., | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **13th** day of **April, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Friday, April 20, 2007 at 11:30 a.m. Eastern Time** with Judge Thynge to discuss the Protective Order issue.  **Jameson A. L. Tweedie, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE