IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIME WARNER CABLE, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-67-MPT |
| GPNE CORP., | : | |
| Defendant. | : | |

### ORDER

At Wilmington, Delaware, this 24th day of July, 2007.

For the reasons stated in this court's July 20, 2007 Memorandum Opinion,

It is ORDERED AND ADJUDGED that GPNE's motion to dismiss, stay, or transfer TWC's complaint (D.I. 7.), is granted in part and denied in part.

1. GPNE's motion to dismiss TWC's complaint is **GRANTED**.

2. GPNE's motion to stay or transfer this matter is **DENIED** as moot.

                                                                                                           UNITED STATES MAGISTRATE JUDGE